**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000523**
**27-MAR-2024**
**07:59 AM**
**Dkt. 84 OAWST**

NO. CAAP-22-0000523


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KOOB FAMILY LIMITED PARTNERSHIP II, a Hawai'i limited liability company, Plaintiff-Counterclaim Defendant-Appellee,
v.
KALANI HONUA, INC., a Hawai'i non-profit corporation, Defendant-Counterclaimant-Cross Claimant-Appellant,
and
ELIZABETH L. KOOB AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HILARY JOHN KOOB, ALSO KNOWN AS HILARY JOHN KOOB AND H. J. KOOB, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LORETTA ANN KOOB, ALSO KNOWN AS LORETTA A. KOOB, Defendants-Cross Claim Defendants-Appellees,
and
KOOB HAWAII ENTERPRISE; RICHARD KOOB, Counterclaim Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 3-10; and DOE GOVERNMENTAL UNITS 1-20, DOE ADDITIONAL COUNTERCLAIM DEFENDANTS 2-10, DOE ADDITIONAL CROSSCLAIM DEFENDANTS 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC191000267)

<u>ORDER</u>
(By:  Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (**Stipulation**), filed March 13, 2024, by Defendant-Counter Claimant-Cross Claimant-Appellant Kalani Honua, Inc., the papers in support, and the record, it appears that (1) the appeal was docketed; (2) the parties stipulated to dismiss the appeal, under Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawai'i, March 27, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge